379 A.2d 584

Commonwealth v. Diffenderfer, Appellant.

Submitted March 14, 1977. E. Franklin Martin, Assistant Public Defender, for appellant; William C. Cramer and George S. Glen, Assistant District Attorneys, and John R. Walker, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

379 A.2d 584

Commonwealth v. Diulus et al., Appellants.

Submitted April 15, 1977. D. Stephen Ferito, and Ferito & DeRenzo, for appellants; Robert E. Colville, District Attorney, for Commonwealth, appellee.

Judgments of sentence affirmed.